UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACORY BROWN, | No. 2:16-cv-2747 AC P |
| Petitioner, | |
| v. | ORDER |
| C. PFEIFFER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a *signed* affidavit to proceed in forma pauperis or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to submit either a *signed* affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's previously filed motions to proceed in forma pauperis, ECF Nos. 2 and 4, are denied without prejudice (the exhibits attached to the motions will continue to be duly considered).

2. Petitioner shall, within thirty (30) days after the filing date of this order, submit a *signed* affidavit in support of his request to proceed in forma pauperis on the form provided herewith, or the appropriate filing fee.

1

3. Petitioner's failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

4. The Clerk of the Court is directed to send petitioner, together with a copy of this order, a blank copy of the in forma pauperis affidavit used by prisoners in this district.

DATED: November 29, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE